# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** |
| v. | CASE NUMBER: 06-po-07133 |
| IAIN SHAW | PHILLIP OGDEN |

**THE DEFENDANT:**
Pleaded guilty to count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1301(1)(b) | Driving While Ability Impaired | 5/23/2006 | 1 |

The Count pertaining to no insurance is dismissed with prejudice.

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

October 11, 2006
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe
U.S. Magistrate Judge
Name & Title of Judicial Officer

October 12, 2006
Date

## PROBATION

The defendant is sentenced to a term of six months unsupervised probation. As a condition of this term of probation defendant shall complete Level I drug/alcohol treatment, shall bear the expense of same and shall provide proof of completion to the government.

Defendant shall perform 24 hours useful public service within this six month period and shall provide proof of completion to the government.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $100.00 | $10.00 | |
| **TOTALS** | $100.00 | $10.00 | $0.00 |

Interest shall not apply. Defendant shall pay all fines and costs by November 13, 2006.